EDGAR T. WHEATON, RESPONDENT, v. JOHN COLLINS, APPELLANT.

Submitted July 9, 1917—Decided March 4, 1918.

The complaint in this case *held* sufficient to support a claim of damages for a continuing trespass, no objection having been made on the ground of duplicity.

---

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 29.

For the appellant, *Frank E. Bradner.*

For the respondent, *Arthur F. Egner.*

The opinion of the court was delivered by

PARKER, J. The first point made here is the same as that first discussed by the Supreme Court. As to this point it may be worth while to add that the complaint will support the judgment even if the relation of landlord and tenant did not exist. The first count alleges that defendant held possession of the premises without right, and that plaintiff demands the fair rental value thereof as mesne profits. It is true that the words "use and occupation" occur, which may make this informally drawn complaint faulty for duplicity; but that objection was not urged and it will stand as a demand of damages for continuing trespass, which are the fair rental value. 38 *Cyc.* 1128.

The case of *Mason* v. *Haurand,* 79 *N. J. L.* 375, is not applicable.

The second point argued in appellant's brief relates to something claimed to have been decided by the Supreme Court in its opinion, and which we do not find raised on the trial of the case or in the grounds of appeal in the Supreme Court. Of course, error can be predicated only on some ruling in the trial court, and none is mentioned under this point of the brief.

The judgment will be affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, BERGEN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 10.

*For reversal*—None.